Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAZELL BROOKS, et al

      Plaintiff

vs.

DISTRICT OF COLUMBIA

      Defendant

Civil No.   19-2065   (CRC)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  8/22/2019  from  Judge Trevor N. McFadden

to  Judge Christopher R. Cooper  by direction of the Calendar Committee.

(Case Related)

    JUDGE ELLEN S. HUVELLE
    Chair, Calendar and Case Management Committee

cc:  Judge Trevor N. McFadden  & Courtroom Deputy
    Judge Christopher R. Cooper  & Courtroom Deputy
Liaison, Calendar and Case Management Committee